# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   : No. 63 WAL 2015

                   Respondent      :

                                 : Petition for Allowance of Appeal from the
                                 : Order of the Superior Court

                   v.                        :

                                   :

                                   :

KENNETH L. MONTURE, JR.,         :

                                   :

               Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.